

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Raymond Earl Barnett, Appellant

No. 06-14-00149-CR        v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. 20922). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we vacate the trial court's judgment nunc pro tunc.

We note that the appellant, Raymond Earl Barnett, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk